UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EDWARD DAVILA, JR., CARMEN A. DAVILA, § § § Plaintiffs, § § vs. § § LOANCARE, LLC, NEW § RESIDENTIAL MORTGAGE, LLC, § DOES 1 THROUGH 100 INCLUSIVE, § § Defendants. § _____ § § | No. 5:22–CV–01302–DAE |

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

Before the Court is a Report and Recommendation ("Recommendation") filed by Magistrate Judge Elizabeth S. Chestney. (Dkt. # 17.) Pursuant to Local Rule CV-7(h), the Court finds this matter suitable for disposition without a hearing. After reviewing the Recommendation and the information contained in the record, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiffs' Complaint.

On November 14, 2022, Plaintiffs Edward Davila, Jr. and Carmen A. Davila (the "Davilas"), proceeding *pro se*, filed this suit against Defendants LoanCare, LLC, New Residential Mortgage, LLC, and Does 1 through 100 Inclusive, et al. ("Defendants") in the District Court for Guadalupe County, Texas.

1

(Dkt. # 1-2.)  The Davilas alleged violations of the Fair Debt Collection Practices Act, the Truth in Lending Act, the Real Estate Settlement Procedures Act and its implementing regulations, and various civil rights violations under 42 U.S.C. § 1983 and 18 U.S.C. §§ 241 and 242.  (Id.)  Defendants removed the case to federal court on December 5, 2022.  (Dkt. # 1.)

The case was referred to Judge Chestney on January 4, 2023, and Judge Chestney set an initial pretrial conference for February 22, 2023, to discuss scheduling order deadlines.  (Dkts. ## 9, 10.)  The Davilas failed to file a proposed scheduling order, join in Defendants' scheduling recommendations, or appear at the initial pretrial conference.  Defendants also informed Judge Chestney that the Davilas had failed to confer regarding their Rule 26 obligations, and thus the parties were unable to submit a joint Rule 26(f) report or joint proposed scheduling recommendations.  (Dkt. # 17 at 2.)

Judge Chestney issued a Show Cause order on February 23, 2023, requiring the Davilas to show cause for their failure to comply with the Court's orders and their failure to prosecute the case.  (Dkt. # 15.)  The order also warned of possible dismissal under Rule 41(b).  (Id.)  The Davilas' response to the order was due on or before March 6, 2023, but to date, the Davilas have taken no further action in this case.  Accordingly, Judge Chestney recommended that this Court dismiss the Complaint for want of prosecution pursuant to Rule 41(b).  (Id.)

On March 16, 2023, notice of the Recommendation was sent to the Davilas by certified mail.  (Dkt. # 28.)  The Recommendation was returned to the Clerk's Office due to an "unclaimed" address.  Local Rule CV-10(d) states that "[a]n unrepresented party . . . must promptly file a notice of any change in the party's . . . mailing address[.]  The court may sanction a party for the party's [] failure to do so, including dismissal of the party's claims or defenses."  W.D. Tex. Local Rule CV-10(d).  The Court agrees with Judge Chestney's conclusion that the Davilas have failed to prosecute their case as is required under Rule 41(b).  However, given that the Recommendation was returned due to an unclaimed address, the Court finds that Local Rule CV-10(d) is the appropriate grounds for dismissal.

For the reasons given, the Davilas' Complaint is **DISMISSED WITHOUT PREJUDICE** and the Clerk's Office is **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED**.

DATED:  San Antonio, Texas, April 3, 2023.

_____
Hon. David Alan Ezra
Senior U.S. District Judge